IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-957-D

| | |
|---|---|
| NANCY MASSENBURG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASHLEY HUNT, )<br>INNOVATIVE TALENT SOLUTIONS, INC., )<br>KIM KORANDO, ESQ., )<br>UNNAMED CLIENT DISCRIMINATORY )<br>HIRING POLICY, )<br>)<br>Defendants. ) | **ORDER** |

On March 6, 2017, plaintiff, appearing pro se, filed a motion to file an amended complaint [D.E. 12]. On March 7, 2017, plaintiff filed her proposed amended complaint [D.E. 21]. On March 27, 2017, defendants responded to plaintiff's motion to amend stating that they do not oppose the motion to amend the complaint [D.E. 24]. The motion to amend is GRANTED. The clerk is directed to file plaintiff's amended complaint. Defendants may plead in response to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3).

Plaintiff's motions for discovery [D.E. 10, 13] are STAYED.

SO ORDERED. This _3_ day of May 2017.

                                              JAMES C. DEVER III
                                              Chief United States District Judge