UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:16-cv-00957-D

| | |
|---|---|
| NANCY MASSENBURG, pro se litigant, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ASHLEY HUNT, et al; INNOVATIVE TALENT SOLUTIONS, INC.; KIMBERLY KORANDO, ESQ.; and UNNAMED CLIENT DISCRIMINATORY HIRING POLICY ENFORCED FOR, BY ITS, INC. & ASHLEY HUNT; | ) |
| Defendants. | ) |

Defendants Ashley Hunt and Kimberly Korando's Motion for Protective Order to Stay Discovery, filed pursuant to Rule 26(c)-(d) of the Federal Rules of Civil Procedure, is before this Court. Defendants ask this Court to stay the commencement of discovery and toll all deadlines established by this Court's Order for Discovery Plan until this Court decides their Motion to Dismiss. This Court finds that good cause has been shown for granting Defendants' motion and that the motion should be granted.

IT IS, THEREFORE, ORDERED that: (i) Defendants' Motion for Protective Order to Stay Discovery is GRANTED, (ii) the commencement of discovery is stayed until this Court decides Defendants' Motion to Dismiss, and (iii) all deadlines established by this Court's Order for Discovery Plan are tolled until this Court decides Defendants' Motion to Dismiss.

This the 28 day of June, 2017.

_____
United States District Court for the
Eastern District of North Carolina