IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-957-D

| | |
|---|---|
| NANCY MASSENBURG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ASHLEY HUNT, ) | |
| INNOVATIVE TALENT SOLUTIONS, INC., ) | |
| KIM KORANDO, ESQ., ) | |
| UNNAMED CLIENT DISCRIMINATORY ) | |
| HIRING POLICY, ) | |
| ) | |
| Defendants. ) | |

On June 28, 2017, defendants Ashley Hunt and Kimberly Korando filed a motion to strike [D.E. 53]. On August 2, 2017, the court granted defendants' motion to dismiss Massenburg's claims against Hunt and Korando and dismissed plaintiff's claims against them with prejudice. See [D.E. 2]. Because Hunt and Korando are no longer defendants in this action, their motion to strike [D.E. 53] is DISMISSED as moot.

SO ORDERED. This __22__ day of August 2017.

　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge