IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-957-D

| | |
|---|---|
| NANCY MASSENBURG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ASHLEY HUNT, ) | |
| INNOVATIVE TALENT SOLUTIONS, INC., ) | |
| KIM KORANDO, ESQ., ) | |
| UNNAMED CLIENT DISCRIMINATORY ) | |
| HIRING POLICY, ) | |
| ) | |
| Defendants. ) | |

On June 15, 2017, plaintiff, appearing pro se, filed a motion for discovery [D.E. 51]. On June 28, 2017, defendants responded in opposition [D.E. 56]. On July 3, 2017, plaintiff filed a motion for joinder [D.E. 61]. On August 21, 2017, the court ordered that the parties conduct their Rule 26(f) conference and file a proposed discovery plan [D.E. 66].

Plaintiff's motions for discovery [D.E. 51] and for joinder [D.E. 61] are denied without prejudice pending the court's issuance of a scheduling order.

SO ORDERED. This 22 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge