UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NANCY MASSENBURG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:16-cv-957-D** |
| ) | |
| INNOVATIVE TALENT SOLUTIONS, INC., ) | |
| and LEE AIR CONDITIONERS, INC., ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS ITS's motion for summary judgment [D.E. 112] and DENIES Massenburg's motion to stay summary judgment [D.E. 132]. The court DENIES Massenburg's motion for leave to file a second amended complaint [D.E. 97] and her motion for leave to file a sur-reply [D.E. 151 ]. The court GRANTS ITS's motion to strike in part Massenburg's second amended complaint [D.E. 134], GRANTS Lee Air's motion to dismiss [D.E. 154], and DENIES Massenburg's motion to amend the court's scheduling order [D.E. 110]. The court also DISMISSES as moot defendants's motion for a protective order [D.E. 105] and Massenburg's motion to compel [D.E. 117], currently pending before Magistrate Judge Gates. The court STRIKES Massenburg's latest filing [D.E. 171] and DISMISSES as moot defendants' motion to strike [D.E. 173]. Defendants may file amotion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

IT IS FURTHER ORDERED that on 8/2/2017 the court GRANTED defendants Hunt and Korando' s motion to dismiss Massenburg's amended complaint [D.E. 40] and DISMISSED Massenburg's claims against Hunt and Korando with prejudice. Hunt and Korando are no longer defendants in this action.

**This Judgment Filed and Entered on February 4, 2019, and Copies To:**

| | |
|---|---|
| Nancy Massenburg | (Sent to PO Box 224 Blairs, VA 24527 via US Mail) |
| Katie Weaver Hartzog | (via CM/ECF electronic notification) |
| Zebulon D. Anderson | (via CM/ECF electronic notification) |
| Katherine Barber-Jones | (via CM/ECF electronic notification) |

| | |
|---|---|
| Katie E. Terry | (via CM/ECF electronic notification) |
| Dieter Mauch | (via CM/ECF electronic notification) |

DATE:                                               PETER A. MOORE, JR., CLERK
February 4, 2019                            (By) /s/ Nicole Sellers
                                                             Deputy Clerk